JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| STEVEN A., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. ED CV 20-00717-DFM <br><br> JUDGMENT |

 In accordance with the Memorandum Opinion and Order filed herewith,

 IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date: January 27, 2021

              _____
              DOUGLAS F. McCORMICK
              United States Magistrate Judge